IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,    )
                             )
         Petitioner,         )
                             )
    v.                       )   Case No.: 2:11-mc-3576-MHT
                             )
LARRY HUDSON, JR.,           )
                             )
         Respondent.         )

## PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS

The United States of America, on behalf of its agency, the Internal Revenue Service, by the undersigned Assistant United States Attorney, avers to this Court as follows:

I.

This is a proceeding brought pursuant to the provisions of sections 7402(b) and 7604(a) of Title 26, U.S.C., to judicially enforce an Internal Revenue Service summons.

II.

Ann Ju Emperley is a Revenue Officer of the Internal Revenue Service, employed in Small Business/Self-Employed Gulf States Compliance Area, and is authorized to issue an Internal Revenue Service summons pursuant to the authority contained in Section 7602 of Title 26 U.S.C., and Treasury Regulations §301.7602-1, 26 C.F.R. §301.7602-1.

III.

The respondent, Larry Hudson, Jr., resides or is found at ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮, Montgomery, AL 36116, within the jurisdiction of this court.

IV.

Revenue Officer Ann Ju Emperley is conducting an investigation into the tax liability of Larry Hudson, Jr. for the year: 2006, as is set forth in the Declaration of Revenue Officer Ann Ju Emperley attached hereto as Exhibit 1.

V.

The respondent, Larry Hudson, Jr., is in possession and control of testimony and other documents concerning the above-described investigation.

VI.

On June 8, 2011, an Internal Revenue Service summons was issued by Revenue Officer Ann Ju Emperley directing the respondent, Larry Hudson, Jr., to appear before Revenue Officer Ann Ju Emperley on June 27, 2011, at 9:00 a.m. at 1285 Carmichael Way, Montgomery, AL 36106, to testify. An attested copy of the summons was personally served on the respondent, Larry Hudson, Jr., by Revenue Officer Ann Ju Emperley, on June 14, 2011. The summons is attached and incorporated as Exhibit 2.

VII.

On June 27, 2011, the respondent, Larry Hudson, Jr., did not appear in response to the summons. The respondent's refusal to comply with the summons continues to date as is set forth in the declaration of Revenue Officer Ann Ju Emperley attached as Exhibit 1.

VIII.

All administrative steps required by the Internal Revenue Code for the issuance of a summons have been taken.

IX.

It is necessary to obtain the testimony sought by the summons in order to properly investigate the Federal tax liability of Larry Hudson, Jr. for the following year: 2006, as is evidenced by the declaration of Ann Ju Emperley attached and incorporated as part of this petition.

WHEREFORE, the petitioner respectfully prays:

1. That this Court enter an order directing the respondent, Larry Hudson, Jr., to show cause, if any, why respondent should not comply with and obey the aforementioned summons and each and every requirement thereof.

2. That the Court enter an order directing the respondent, Larry Hudson, Jr., to obey the aforementioned summons and each and every requirement thereof by ordering the attendance and

testimony as is required and called for by the terms of the summons before Revenue Officer Ann Ju Emperley or any other proper officer or employee of the Internal Revenue Service at such time and place as may be fixed by Revenue Officer Ann Ju Emperley, or any other proper officer or employee of the Internal Revenue Service.

3. That the United States recover its costs in maintaining this action.

4. That the Court grant such other and further relief as is just and proper.

Respectfully submitted the 7th day of September, 2011.

GEORGE L. BECK, JR.
United States Attorney

By: _____
R. RANDOLPH NEELEY
Assistant United States Attorney
Bar Number: 9083-E56R
Post Office Box 197
Montgomery, AL  36101-0197
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7418
**E-mail:** rand.neeley@usdoj.gov