# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Petitioner, | ) ) ) |
| v. | ) Civil Action No. 2:11-mc-3576-MHT ) |
| LARRY HUDSON, JR., | ) ) |
| Respondent. | ) |

**DECLARATION**

Ann Ju Emperley declares:

1. I am a duly commissioned Revenue Officer employed in Small Business/Self-Employed, Gulf States Compliance Area, Internal Revenue Service.

2. In my capacity as a Revenue Officer, I am conducting an investigation into the tax liability of Larry Hudson, Jr. for the following year: 2006.

3. In furtherance of the above investigation and in accordance with section 7602 of Title 26, U.S.C., I issued on June 8, 2011, an Internal Revenue Service summons to Larry Hudson, Jr., to give testimony and to produce for examination books, papers, records, or other data as described in said summons. The summons is attached to the petition as Exhibit 2.

4. In accordance with section 7603 of Title 26, U.S.C., on June 14, 2011, I served an attested copy of the Internal Revenue Service summons described in paragraph 3 above on the

respondent, Larry Hudson, Jr., by personal delivery as evidenced in the certificate of service on the reverse side of the summons.

5. On June 27, 2011, the respondent, Larry Hudson, Jr., did not appear in response to the summons.

6. The books, papers, records, or other data sought by the summons are not already in the possession of the Internal Revenue Service.

7. All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

8. As of the date that the summons was issued and served, and as of the day I signed this declaration, no recommendation for criminal prosecution of Larry Hudson, Jr. has been made by the IRS to the United States Department of Justice. In addition, no Department of Justice referral, as described in 26 U.S.C. §7602(d), is in effect with respect to Larry Hudson, Jr..

9. It is necessary to obtain the testimony and to examine the books, papers, records or other data sought by the summons in order to properly investigate the Federal tax liability of Larry Hudson, Jr. for the following year: 2006.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___12th___ day of ___August___, 2011.

*Ann Ju Emperley*
Ann Ju Emperley
Revenue Officer