# Exhibit 2



# Summons

## Collection Information Statement

In the matter of  LARRY HUDSON JR, ▓▓▓▓▓▓▓▓▓▓▓, MONTGOMERY, AL  36116-4803
Internal Revenue Service *(Identify Division)*  SMALL BUSINESS/SELF EMPLOYED
Industry/Area *(Identify by number or name)*  SB/SE AREA 5 (25)
Periods:  Form 1040 for the calendar period ending December 31, 2006

### The Commissioner of Internal Revenue

To: LARRY HUDSON JR
At: ▓▓▓▓▓▓▓▓▓▓▓, MONTGOMERY, AL  36116-4803

You are hereby summoned and required to appear before ANN JU EMPERLEY, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest.  These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 02/01/2011 To 05/31/2011

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement.  We have attached a blank statement to guide you in producing the necessary documents and records.

**Do not write in this space**

### Attestation

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.

_____
Signature of IRS Official Serving the Summons

REVENUE OFFICER, 5820286
Title

Business address and telephone number of IRS officer before whom you are to appear:

1285 CARMICHAEL WAY, MONTGOMERY, AL  36106  (334) 290-4067

Place and time for appearance at:  1285 CARMICHAEL WAY, MONTGOMERY, AL  36106

**IRS**

Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 6637 (Rev.10-2010)
Catalog Number 25000Q

on the  27th  day of  June , 2011 at  9:00  o'clock  a  m.

Issued under authority of the Internal Revenue Code this  8th   day of  June                , 2011

ANN JU EMPERLEY       _____       REVENUE OFFICER
Signature of Issuing Officer                                    Title

_____
Signature of Approving Officer *(if applicable)*                       Title

Part A -- to be given to person summoned



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

Date: 6-14-11

Time: 12:43 pm

**How Summons Was Served**

☑ I handed an attested copy of the summons to the person to whom it was directed. Larry Hudson, Jr

☐ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any).

Signature: [signed]
Title: Revenue Officer

I certify that the copy of the summons served contained the required certification.

Signature: [signed]
Title: Revenue Officer

Catalog No. 25000

Form **6637** (Rev. 10-2010)